1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

ADELFO CERAME, JR.,

         Plaintiff,

v.

TIM LAM, et al.,

         Defendants.

Case No. CV 20-00164-AB (JDEx)

**ORDER DISMISSING CIVIL ACTION**

18
19
20

     THE COURT having been advised by counsel that the above-entitled action has been settled;

21
22
23
24

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

25
26
27

Dated:  February 25, 2020

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

28